CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2024

May 20, 2024

<u>Via ECF</u>
Hon. Stuart D. Aaron
United States Courthouse
500 Pearl Street
New York, New York 10007

       Re: Tineo v. O'Malley
         1:24-cv-01119 (SDAWG)

Dear Judge Aaron:

 I am the attorney for the plaintiff in the above captioned case. Plaintiff's papers are due to be filed May 22, 2024. This is plaintiff's first request for an extension of time.

 I seek a two week extension of time to file plaintiff's Brief in this case. I have conferred with opposing counsel and we have agreed upon the following briefing schedule in this matter and ask the Court to approve it as follows:

| | |
|---|---|
| June 5, 2024 | Plaintiff's Motion Brief |
| July 19, 2024 | Defendant Brief |
| August 9, 2024 | Plaintiff Reply |

 Thank you for Your Honor's consideration of this request.

             Respectfully submitted,

             *Christopher J. Bowes, Esq.*
             Christopher J. Bowes, Esq.

Cc: SAUSA Jonathan King

The parties' proposed briefing schedule is approved. SO ORDERED.
Dated: May 20, 2024

*Stuart D. Aaron*