**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DIGNA T.,

                Plaintiff,                24 **CIVIL** 1119 (GRJ)

      -v-                                **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 23, 2024, plaintiff is granted judgment on the pleadings, the Commissioner's decision is reversed, and this matter is remanded for calculation of benefits. Judgment is entered for the plaintiff and the case is closed.

**Dated:**  New York, New York
        August 26, 2024

                                                    **DANIEL ORTIZ**
                                               **Acting Clerk of Court**

                     **BY:**
                                             **Deputy Clerk**